UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JEFF BERNER, INDIVIDUALLY AND FOR OTHERS SIMILARLY SITUATED,<br><br>   Plaintiffs,<br><br>v.<br><br>PHARMERICA LOGISTIC SERVICES LLC,<br><br>   Defendant. | *Electronically Filed*<br><br>Civil Action No. 3:23-cv-142-CRS |

### JOINT STATUS REPORT

Plaintiff Jeff Berner ("Berner") and Defendant PharMerica Logistic Services LLC ("Defendant") submit the following Joint Status Report pursuant to the Court's Order dated December 7, 2023. (ECF No. 47). The Parties have agreed to participate in private mediation of this case and are in the process of scheduling the mediation to occur in-person in Louisville, Kentucky, on June 5, 2024.

2

HAVE SEEN AND AGREE:

| | |
|---|---|
| *s/ Rex Burch* (by SRG w/ permission) | *s/ Seth R. Granda* |
| Richard J. Burch | Kyle D. Johnson |
| David Moulton | kjohnson@fbtlaw.com |
| Bruckner Burch PLLC | D. Patton Pelfrey |
| 11 Greenway Plaza #3025 | ppelfrey@fbtlaw.com |
| Houston, Texas 77046 | 400 West Market Street, Suite 3200 |
| Telephone: (713) 877-8788 | Louisville, KY 40202-3363 |
| | Telephone: (502) 589-5400 |
| *Counsel for Plaintiff* | Facsimile: (502) 581-1087 |
| | |
| | Tessa L. Castner (*pro hac vice*) |
| | Ohio Bar No. 0093808 |
| | tcastner@fbtlaw.com |
| | 301 East Fourth Street, Suite 3300 |
| | Cincinnati, Ohio 45202 |
| | Telephone: (513) 651-6878 |
| | Facsimile: (513) 651-6981 |
| | |
| | Seth R. Granda (*pro hac vice*) |
| | Tennessee BPR No. 35753 |
| | sgranda@fbtlaw.com |
| | 150 Third Avenue S |
| | Suite 1900 |
| | Nashville, Tennessee 37201 |
| | Telephone: (615) 251-5550 |
| | Facsimile: (615) 251-5551 |
| | |
| | *Counsel for PharMerica Logistic Services LLC* |

0000KLX.0769530   4860-3166-4286v4