UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:23-CV-142-CRS

JEFF BERNER, INDIVUDUALLY AND
FOR OTHERS SIMILARY SITUATED,                                        PLAINTIFF

v.

PHARMERICA LOGISTICS SERVICES, LLC,                                  DEFENDANT

### ORDER OF DISMISSAL WITHOUT PREJUDICE

The Court having been advised by the parties that a settlement has been reached on all matters in this case, (DN 66). Accordingly, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. This action is **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET**, with leave to reinstate within forty-five (45) days if the settlement is not consummated.

2. The parties may tender a supplemental order of dismissal with prejudice if they so desire.

Date: July 16, 2024

Charles R. Simpson III, Senior Judge
United States District Court

cc: Counsel of Record