**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| JEFF BERNER, INDIVIDUALLY AND FOR OTHERS SIMILARLY SITUATED, )<br><br>Plaintiffs, )<br><br>v. )<br><br>PHARMERICA LOGISTIC SERVICES LLC, )<br><br>Defendant. ) | *Electronically Filed*<br><br>Civil Action No. 3:23-cv-142-CRS |

**AGREED ORDER**

The parties continue to make progress towards finalizing settlement and require additional time to do so. Therefore, by agreement of the parties, and the Court being otherwise sufficiently advised, it is hereby ORDERED that Plaintiff's leave to reinstate this litigation if the settlement is not consummated pursuant to this Court's Order of Dismissal without Prejudice (DN 67, extended by DN 69) shall be extended to November 26, 2024.

cc:     Counsel of Record

HAVE SEEN AND AGREE:


/s/ David I. Moulton
Richard J. Burch
David Moulton
Bruckner Burch PLLC
11 Greenway Plaza #3025
Houston, Texas 77046
Telephone: (713) 877-8788

*Counsel for Plaintiff*

s/ Seth R. Granda
Kyle D. Johnson
kjohnson@fbtlaw.com
D. Patton Pelfrey
ppelfrey@fbtlaw.com
400 West Market Street, Suite 3200
Louisville, KY 40202-3363
Telephone: (502) 589-5400
Facsimile: (502) 581-1087

Tessa L. Castner (*pro hac vice*)
Ohio Bar No. 0093808
tcastner@fbtlaw.com
301 East Fourth Street, Suite 3300
Cincinnati, Ohio 45202
Telephone: (513) 651-6878
Facsimile: (513) 651-6981

Seth R. Granda (*pro hac vice*)
Tennessee BPR No. 35753
sgranda@fbtlaw.com
150 Third Avenue S, Suite 1900
Nashville, Tennessee 37201
Telephone: (615) 251-5550
Facsimile: (615) 251-5551

*Counsel for PharMerica Logistic Services LLC*