# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| JEFF BERNER, INDIVIDUALLY AND FOR OTHERS SIMILARLY SITUATED, | )<br>)<br>) |
| Plaintiffs, | )  *Electronically Filed* |
| | ) |
| v. | )  Civil Action No. 3:23-cv-142-CRS |
| | ) |
| PHARMERICA LOGISTIC SERVICES LLC, | )<br>)<br>) |
| Defendant. | ) |

## AGREED ORDER

The parties signed a settlement agreement that, if approved, provides for a notice and claims process for workers Berner alleges are similarly situated under the Fair Labor Standards Act. Berner is in the process of drafting a motion to approve the settlement agreement. Due to travel required by counsel for Berner for an unexpected hearing, he requests an additional day to file the motion. Therefore, by agreement of the parties, and the Court being otherwise sufficiently advised, it is hereby ORDERED that Plaintiff's leave to reinstate this litigation if the settlement is not consummated pursuant to this Court's Order of Dismissal without Prejudice (DN 67, extended by DN 71) shall be extended to November 27, 2024.

November 28, 2024

Charles R. Simpson III, Senior Judge
United States District Court

cc:   Counsel of Record

HAVE SEEN AND AGREE:

| | |
|---|---|
| /s/ David I. Moulton | s/ Seth R. Granda |
| Richard J. Burch | Kyle D. Johnson |
| David Moulton | kjohnson@fbtlaw.com |
| Bruckner Burch PLLC | D. Patton Pelfrey |
| 11 Greenway Plaza #3025 | ppelfrey@fbtlaw.com |
| Houston, Texas 77046 | 400 West Market Street, Suite 3200 |
| Telephone: (713) 877-8788 | Louisville, KY 40202-3363 |
| | Telephone: (502) 589-5400 |
| *Counsel for Plaintiff* | Facsimile: (502) 581-1087 |
| | |
| | Tessa L. Castner (*pro hac vice*) |
| | Ohio Bar No. 0093808 |
| | tcastner@fbtlaw.com |
| | 301 East Fourth Street, Suite 3300 |
| | Cincinnati, Ohio 45202 |
| | Telephone: (513) 651-6878 |
| | Facsimile: (513) 651-6981 |
| | |
| | Seth R. Granda (*pro hac vice*) |
| | Tennessee BPR No. 35753 |
| | sgranda@fbtlaw.com |
| | 150 Third Avenue S, Suite 1900 |
| | Nashville, Tennessee 37201 |
| | Telephone: (615) 251-5550 |
| | Facsimile: (615) 251-5551 |
| | |
| | *Counsel for PharMerica Logistic Services LLC* |