UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:23-CV-00142-CRS

JEFF BERNER, individually and on behalf of         PLAINTIFF
   all others similarly situated

v.

PHARMERICA LOGISTICS SERVICES, LLC                 DEFENDANT

## ORDER

In accordance with the Memorandum Opinion entered on this date (the "Opinion"), it is hereby **ORDERED** as follows:

1. This case is hereby reinstated to the Court's active docket.

2. Plaintiff Jeff Berner's Unopposed Motion To Approve Settlement **(DN 73)** is **DENIED**;

3. Should plaintiff Berner desire court-facilitated notice to one or more additional putative plaintiffs with respect to his claims under the Fair Labor Standards Act (the FLSA), then no later than thirty (30) days from the date of the entry of this Order, Berner shall file a motion for such notice, supported by appropriate proof and otherwise consistent with the Court's Opinion;

4. No later than fourteen (14) days after Berner has filed a motion for court-facilitated notice to his desired FLSA collective, Defendant, Pharmerica Logistics Services, LLC, shall file a response thereto, advising the Court as to any objections to the issuance of such notice;

5. Should Defendant object to notice being issued to one or more of the putative FLSA plaintiffs identified by Berner, then Berner shall have fourteen (14) days to file a reply in support of his motion for court-facilitated notice;

6.  Absent a request or a need for a hearing, any such motion filed by Berner shall stand submitted upon notice from Defendant that it has no objection to Berner's motion or upon the Court's receipt of Berner's reply, if any; and

7.  Should Berner desire to settle his putative state-law class action pursuant to the Ohio Fair Wage Standards Act, Ohio Rev. Code Ann. § 4111.03(a), he must comply with Fed. R. Civ. P. 23(e) and the substantive law of the Sixth Circuit governing such claims.

December 16, 2024

Charles R. Simpson III, Senior Judge
United States District Court