**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| JEFF BERNER, individually and on behalf of all others similarly situated, | Case No. 3:23-cv-00142-CRS-RSE |
| v. | |
| PHARMERICA LOGISTICS SERVICES, LLC | |

**JOINT STATUS REPORT RE: COURT-FACILITATED NOTICE**

The parties reached a revised settlement. While the parties were negotiating, the Court granted the parties' Joint Motion for a Status Conference and set a hearing for February 13, 2025. *See* Doc. 80. The parties intend to discuss their revised settlement with the Court on February 13.

Under the circumstances, the parties believe judicial economy and the parties' interests are best served by proceeding with the Status Conference before any further action is taken. The parties will, of course, promptly comply with any guidance from the Court on February 13th.

Dated: January 28, 2025.

Respectfully submitted,

**BRUCKNER BURCH PLLC**

By: ___/s/ David I. Moulton___
    Richard J. (Rex) Burch
    Texas Bar No. 24001807
    David I. Moulton
    Texas Bar No. 24051093
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Telephone: (713) 877-8788
Telecopier: (713) 877-8065
rburch@bruckner burch.com
dmoulton@brucknerburch.com

Michael A. Josephson
Texas Bar No. 24014780
Andrew W. Dunlap
Texas Bar No. 24078444
Richard M. Schreiber
Texas Bar No. 24056278
**JOSEPHSON DUNLAP LAW FIRM**
11 Greenway Plaza, Ste. 3050
Houston, Texas 77046
Telephone: (713) 352-1100
Telecopier: (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com
rschreiber@mybackwages.com

**ATTORNEYS FOR PLAINTIFF**

_/s/ Tessa L. Castner by permission_
Kyle D. Johnson
kjohnson@fbtlaw.com
D. Patton Pelfrey
ppelfrey@fbtlaw.com
400 West Market Street, Suite 3200
Louisville, KY 40202-3363
Telephone: (502) 589-5400
Facsimile: (502) 581-1087

2

          Tessa L. Castner (*pro hac vice*)
Ohio Bar No. 0093808
tcastner@fbtlaw.com
301 East Fourth Street, Suite 3300
Cincinnati, Ohio 45202
Telephone: (513) 651-6878
Facsimile: (513) 651-6981

Seth R. Granda (*pro hac vice*)
Tennessee BPR No. 35753
sgranda@fbtlaw.com
150 Third Avenue S, Suite 1900
Nashville, Tennessee 37201
Telephone: (615) 251-5550
Facsimile: (615) 251-5551

*Counsel for PharMerica Logistic Services*

# CERTIFICATE OF SERVICE

On January 28, 2025, I served this document on all registered parties through the Court's ECF system.

**/s/ David I. Moulton**
_____
David I. Moulton