UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:23-CV-00142-CRS

JEFF BERNER, individually and PLAINTIFF
   on behalf of all others similarly situated

v.

PHARMERICA LOGISTICS SERVICES, LLC DEFENDANT

## ORDER

On the parties' motion, the Court held a status conference in this matter on February 13, 2025. During the conference, the parties advised the Court that they intend to move to hold this case in abeyance. Accordingly, the parties' joint motions to extend the briefing schedule in this matter **(DN 79)** and **(DN 81)** are hereby **REMANDED**.

**IT IS SO ORDERED**.

February 17, 2025

*Charles R. Simpson III, Senior Judge*
*United States District Court*

Court Reporter: Becky Boyd
Time: 0/18