# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE
### Civil Action No. 3:23-cv-142-CRS

| | |
|---|---|
| JEFF BERNER, Individually and for Others Similarly Situated, | PLAINTIFF |
| v. | |
| PHARMERICA LOGISTIC SERVICES LLC | DEFENDANT |

## STIPULATION OF DISMISSAL

Plaintiffs, by counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby tender this Stipulation of Dismissal, signed by counsel for all parties appearing in this action, dismissing Plaintiffs' claims against PharMerica Logistic Services LLC, in their entirety, with prejudice, with each party to bear its own costs and fees.

Respectfully submitted,

| | |
|---|---|
| /s/ David I. Moulton | s/ Tessa Castner |
| Richard J. Burch | Kyle D. Johnson |
| David Moulton | kjohnson@fbtlaw.com |
| Bruckner Burch PLLC | 400 West Market Street, Suite 3200 |
| 11 Greenway Plaza #3025 | Louisville, KY 40202-3363 |
| Houston, Texas 77046 | Telephone: (502) 589-5400 |
| Telephone: (713) 877-8788 | Facsimile: (502) 581-1087 |
| | |
| *Counsel for Plaintiff* | Tessa L. Castner (*pro hac vice*) |
| | Ohio Bar No. 0093808 |
| | tcastner@fbtlaw.com |
| | 301 East Fourth Street, Suite 3300 |
| | Cincinnati, Ohio 45202 |
| | Telephone: (513) 651-6878 |
| | Facsimile: (513) 651-6981 |
| | |
| | *Counsel for PharMerica Logistic Services LLC* |